# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2015

_____

M.C.D.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____

On appeal from an order of the Department of Children and
Families.
Mike Carroll, Secretary.

June 21, 2018

PER CURIAM.

DISMISSED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

M.C.D., pro se, Appellant.

No appearance for Appellee.